AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Majzoub, Mona K. | MI; Eastern District | 05/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge; full-time | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

231 W. Lafayette Blvd, Rm 704
Detroit, MI 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Line 1 - Trust #1 (Brokerage 1) - Postions listed in Part VII, starting on Line 2 |
| 2. | Trustee | Line 230 - Trust #6 - Checking (PNC Bank) - No reportable assets - See Part VIII |
| 3. | Trustee | Line 231 - Trust #3 - Checking (PNC Bank) - No reportable assets - See Part VIII |
| 4. | Trustee | Line 354 - Trust #2 (Brokerage 1) - Positions listed in Part VII starting on line 355 |
| 5. | Trustee | Line 428- Trust #1-2 (Fidelity) - No reportable assets - See Part VIII |
| 6. | Trustee | Line 429 - Trust #3 (Brokerage 1) - Positions listed in Part VII starting on line 430 |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Kitch, Drutchas - Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (Brokerage 1) (H) | | | | | | | | | |
| 2. -Smith A O Corp (AOS) (Formerly A O Smith) | A | Int./Div. | K | T | | | | | |
| 3. -Abbott Laboratories (ABT) | A | Int./Div. | K | T | | | | | |
| 4. -Apple Inc (AAPL) | A | Int./Div. | L | T | | | | | |
| 5. -AT&T Inc (T) | A | Int./Div. | K | T | | | | | |
| 6. -Blackrock Inc (BLK) | A | Int./Div. | K | T | | | | | |
| 7. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | C | Int./Div. | | | Sold | 04/10/17 | L | | |
| 8. -Claymore ETF Tr Guggenheim Bltshrs 2018 High Yd Cp Bd (BSJI)(SeeVIII) | B | Int./Div. | L | T | | | | | |
| 9. -Claymore ETF Tr Guggenheim Bltshrs 2021 High Yd Cp Bd (BSJL)(SeeVIII) | C | Int./Div. | L | T | | | | | |
| 10. -Comerica Inc (CMA) | A | Int./Div. | K | T | | | | | |
| 11. -Costco Wholesale Corp (COST) (Formerly Costco Whsl Corp New Com) | A | Int./Div. | K | T | | | | | |
| 12. -Dover Corp (DOV) (Formerly Dover Corp Common) | A | Int./Div. | K | T | | | | | |
| 13. -Select Sector Spdr Tr Energy (XLE)(fka Energy Select Sector Spdr ETF) | A | Int./Div. | K | T | | | | | |
| 14. -Exxon Mobil Corp (XOM) | A | Int./Div. | K | T | | | | | |
| 15. -General Electric Company (GE) | A | Int./Div. | J | T | | | | | |
| 16. -Genuine Parts Co (GPC) (Formerly Genuine Parts Co Com) | A | Int./Div. | K | T | | | | | |
| 17. -Claymore ETF Tr Guggenheim Bltshrs 2019 High Yd Cp Bd (BSJJ)(SeeVIII) | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Claymore ETF Tr Guggenheim Bltshrs 2020 High Yd Cp Bd (BSJK)(SeeVIII) | C | Int./Div. | L | T | | | | | |
| 19. -Honeywell International Inc (HON) | A | Int./Div. | K | T | | | | | |
| 20. -Intel Corp (INTC) | A | Int./Div. | K | T | | | | | |
| 21. -IShares Tr EAFE Grwth ETF (EFG) (Frmrly IShares MSCI EAFE Growth ETF) | A | Int./Div. | K | T | | | | | |
| 22. -IShares Russell Midcap Growth ETF (IWP) | A | Int./Div. | K | T | | | | | |
| 23. -IShares Tr Core MSCI Total (IXUS) (For former name, see Part VIII) | C | Int./Div. | M | T | | | | | |
| 24. -IShares Ibonds Dec 2021 Term Muni Bond ETF (IBMJ) | B | Int./Div. | M | T | Buy (add'l) | 04/10/17 | L | | |
| 25. -IShares Ibonds Dec 2022 Term Muni Bond ETF (IBMK) | B | Int./Div. | M | T | Buy (add'l) | 04/10/17 | L | | |
| 26. -IShares Ibonds Sep 2017 Term Muni Bond ETF | B | Int./Div. | | | Sold | 04/10/17 | M | | |
| 27. -IShares Ibonds Sep 2019 Term Muni Bond ETF (IBMH) | B | Int./Div. | M | T | Buy (add'l) | 04/10/17 | L | | |
| 28. -IShares Ibonds Sep 2018 Term Muni Bond ETF (IBMG) | B | Int./Div. | M | T | Buy (add'l) | 04/10/17 | L | | |
| 29. -IShares Tr JP Mor Em Mk ETF (EMB) (For former name, see Part VIII) | C | Int./Div. | L | T | | | | | |
| 30. -Ishares Russell Mid-Cap Value ETF (IWS) | A | Int./Div. | K | T | | | | | |
| 31. -IShares Select Dividend ETF (DVY) | A | Int./Div. | K | T | | | | | |
| 32. -IShares Ibonds Sep 2020 Term Muni Bond ETF (IBMI) | B | Int./Div. | M | T | Buy (add'l) | 04/10/17 | L | | |
| 33. -Johnson & Johnson (JNJ) | A | Int./Div. | K | T | | | | | |
| 34. -JPMorgan Chase & Co (JPM) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Microsoft Corp (MSFT) | A | Int./Div. | K | T | | | | | |
| 36.  -Nextera Energy Inc (NEE) | A | Int./Div. | K | T | | | | | |
| 37.  -Norfolk Southern Corp (NSC) | A | Int./Div. | K | T | | | | | |
| 38.  -Pepsico Incorporated (PEP) | A | Int./Div. | K | T | | | | | |
| 39.  -Proctor & Gamble Co (PG) | A | Int./Div. | K | T | | | | | |
| 40.  -Qualcomm Inc (QCOM) | A | Int./Div. | K | T | | | | | |
| 41.  -Royal Dutch Shell PLC ADR B (RDSB) | B | Int./Div. | K | T | | | | | |
| 42.  -RPM International Inc | A | Int./Div. | | | Sold | 11/01/17 | K | | |
| 43.  -Sector Spdr Tr Shs Ben Int Utilities (XLU) (Formerly, see Part VIII) | A | Int./Div. | K | T | | | | | |
| 44.  -Select Sector Spdr Tr Shs Ben Int Materials (XLB) (Frmrly, Part VIII) | A | Int./Div. | K | T | | | | | |
| 45.  -Spdr Ser Tr S&P Biotech ETF (XBI) (Formerly Spdr S&P Biotech ETF) | A | Int./Div. | K | T | | | | | |
| 46.  -Spdr S&P Midcap 400 Trust Series N ETF (MDY) | A | Int./Div. | M | T | | | | | |
| 47.  -Stryker Corp (SYK) | A | Int./Div. | K | T | | | | | |
| 48.  -Sysco Corporation (SYY) | A | Int./Div. | K | T | | | | | |
| 49.  -Teva Pharmaceutical ADR Inds Ltd | A | Int./Div. | | | Sold | 02/01/17 | K | | |
| 50.  -Thomson Reuters Corp | A | Int./Div. | | | Sold | 11/01/17 | K | B | |
| 51.  -US Bancorp New (USB) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -VF Corporation | A | Int./Div. | | | Sold | 11/01/17 | K | D | |
| 53. -Vanguard FTSE Developed Markets ETF (VEA) | A | Int./Div. | K | T | | | | | |
| 54. -Vanguard Sector Indx Fds VG Info Technology Vipers (VGT) (See VIII) | A | Int./Div. | K | T | | | | | |
| 55. -Vanguard Index Fds Vanguard REIT ETF (VNQ) (Frmly Vanguard REIT ETF) | A | Int./Div. | K | T | | | | | |
| 56. -Vanguard Index Fds Vanguard Total Stk Mkt ETF (VTI) (See Part VIII) | A | Int./Div. | K | T | | | | | |
| 57. -Verizon Communications Com (VZ) | A | Int./Div. | K | T | | | | | |
| 58. -Wal-Mart Stores Inc (WMT) | A | Int./Div. | K | T | | | | | |
| 59. -Vanguard Mun Bd Fd Inter Term Tax Exempt Fd Admiral Shs | D | Int./Div. | | | Sold | 04/10/17 | M | | |
| 60. -Abbvie Inc Com (ABBV) | A | Int./Div. | K | T | Buy | 02/01/17 | K | | |
| 61. -Claymore ETF Trust Guggenheim Bltshrs 2022 High Yld Cp Bd (BSJM) | C | Int./Div. | L | T | Buy | 04/10/17 | L | | |
| 62. IRA #1 (Brokerage 1) (H) | | | | | | | | | |
| 63. -Smith A O Corp (AOS) (Formerly A O Smith) | A | Int./Div. | K | T | Sold (part) | 04/21/17 | J | B | |
| 64. -Abbott Laboratories (ABT) | A | Int./Div. | K | T | | | | | |
| 65. -Apple Inc (AAPL) | A | Int./Div. | K | T | Sold (part) | 04/21/17 | J | B | |
| 66. -AT&T Inc (T) | A | Int./Div. | K | T | Sold (part) | 04/21/17 | J | A | |
| 67. -AT&T Inc (T) | | | | | Buy (add'l) | 12/11/17 | J | | |
| 68. -Blackrock Inc (BLK) | A | Int./Div. | K | T | Sold (part) | 04/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | A | Int./Div. | | | Sold | 01/12/17 | L | | |
| 70. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | B | Int./Div. | | | Sold | 04/10/17 | K | | |
| 71. -Claymore ETF Tr Guggenheim Bltshrs 2018 High Yd Cp Bd (BSJI)(SeeVIII) | A | Int./Div. | K | T | Buy (add'l) | 04/21/17 | J | | |
| 72. -Claymore ETF Tr Guggenheim Bltshrs 2021 High Yd Cp Bd (BSJL)(SeeVIII) | B | Int./Div. | K | T | Buy (add'l) | 04/21/17 | J | | |
| 73. -Comerica Inc | A | Int./Div. | | | Sold (part) | 04/21/17 | J | B | |
| 74. -Comerica Inc | | | | | Sold | 12/11/17 | J | C | |
| 75. -Costco Wholesale Corp (COST) (Formerly Costco Whsl Corp New Com) | A | Int./Div. | | | Sold | 12/11/17 | J | A | |
| 76. -Dover Corp (DOV) (Formerly Dover Corp Common) | A | Int./Div. | J | T | Sold (part) | 04/21/17 | J | A | |
| 77. -Select Sector Spdr Tr Energy (XLE)(fka Energy Select Sector Spdr ETF) | A | Int./Div. | | | Buy (add'l) | 04/21/17 | J | | |
| 78. -Select Sector Spdr Tr Energy (XLE)(fka Energy Select Sector Spdr ETF) | A | Int./Div. | | | Sold | 12/11/17 | J | A | |
| 79. -Exxon Mobil Corp | A | Int./Div. | | | Buy (add'l) | 04/21/17 | J | | |
| 80. -Exxon Mobil Corp | | | | | Sold | 12/11/17 | K | | |
| 81. -General Electric Company | A | Int./Div. | | | Sold | 12/11/17 | J | | |
| 82. -Genuine Parts Co (GPC) (Formerly Genuine Parts Co Com) | A | Int./Div. | | | Sold | 12/11/17 | J | A | |
| 83. -Guggenheim Bulletshares 2020 Corp Bd ETF | A | Int./Div. | | | Sold | 01/12/17 | L | A | |
| 84. -Guggenheim Bulletshares 2019 Corp Bd ETF | A | Int./Div. | | | Sold | 01/12/17 | L | A | |
| 85. -Guggenheim Bulletshares 2021 Corporate Bond ETF | A | Int./Div. | | | Sold | 01/12/17 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Guggenheim Bulletshares 2018 Corp Bnd ETF | A | Int./Div. | | | Sold | 01/12/17 | L | A | |
| 87. -Claymore ETF Tr Guggenheim Bltshrs 2019 High Yd Cp Bd (BSJJ)(SeeVIII) | A | Int./Div. | K | T | Buy (add'l) | 04/21/17 | J | | |
| 88. -Claymore ETF Tr Guggenheim Bltshrs 2020 High Yd Cp Bd (BSJK)(SeeVIII) | A | Int./Div. | K | T | Buy (add'l) | 04/21/17 | J | | |
| 89. -Honeywell International Inc (HON) | A | Int./Div. | J | T | Sold (part) | 04/21/17 | J | A | |
| 90. -Intel Corp (INTC) | A | Int./Div. | K | T | | | | | |
| 91. -IShares Tr EAFE Grwth ETF (EFG) (Frmrly IShares MSCI EAFE Growth ETF) | A | Int./Div. | | | Sold | 12/11/17 | K | B | |
| 92. -IShares Russell Midcap Growth ETF | A | Int./Div. | | | Sold (part) | 04/21/17 | J | A | |
| 93. -IShares Russell Midcap Growth ETF | | | | | Sold | 12/11/17 | K | C | |
| 94. -IShares Tr Core MSCI Total (IXUS) (For former name, see Part VIII) | C | Int./Div. | M | T | Buy (add'l) | 04/21/17 | J | | |
| 95. -IShares Tr Core MSCI Total (IXUS) (For former name, see Part VIII) | | | | | Buy (add'l) | 12/11/17 | L | | |
| 96. -IShares Core S&P Midcap ETF (IJH) | A | Int./Div. | L | T | Sold (part) | 04/21/17 | J | A | |
| 97. -IShares Core S&P Midcap ETF (IJH) | | | | | Buy (add'l) | 12/11/17 | K | | |
| 98. -IShares Ibonds Dec 2022 Term Corporate ETF (IBDN) | B | Int./Div. | L | T | Buy (add'l) | 04/10/17 | K | | |
| 99. -IShares Ibonds Dec 2022 Term Corporate ETF (IBDN) | | | | | Buy (add'l) | 04/21/17 | J | | |
| 100. -IShares Ibonds Dec 2022 Term Corporate ETF (IBDN) | | | | | Buy (add'l) | 12/11/17 | J | | |
| 101. -IShares Ibonds Dec 2023 Term Corporate ETF | B | Int./Div. | | | Sold | 04/10/17 | L | A | |
| 102. -IShares Tr JP Mor Em Mk ETF (EMB) (For former name, see Part VIII) | A | Int./Div. | K | T | Buy (add'l) | 04/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -IShares Tr JP Mor Em Mk ETF (EMB) (For former name, see Part VIII) | | | | | Buy (add'l) | 12/11/17 | J | | |
| 104. -IShares Russell Mid-Cap Value ETF | A | Int./Div. | | | Sold (part) | 04/21/17 | J | A | |
| 105. -IShares Russell Mid-Cap Value ETF | | | | | Sold | 12/11/17 | K | B | |
| 106. -IShares Select Dividend ETF | A | Int./Div. | | | Sold (part) | 04/21/17 | J | A | |
| 107. -IShares Select Dividend ETF | | | | | Sold | 12/11/17 | K | B | |
| 108. -Johnson & Johnson (JNJ) | A | Int./Div. | K | T | Sold (part) | 04/21/17 | J | A | |
| 109. -JPMorgan Chase & Co | A | Int./Div. | J | T | Sold (part) | 04/21/17 | J | B | |
| 110. -Microsoft Corp MSFT) | A | Int./Div. | K | T | Sold (part) | 04/21/17 | J | B | |
| 111. -Nextera Energy Inc (NEE) | A | Int./Div. | J | T | Sold (part) | 04/21/17 | J | A | |
| 112. -Norfolk Southern Corp | A | Int./Div. | | | Sold (part) | 04/21/17 | J | B | |
| 113. -Norfolk Southern Corp | | | | | Sold | 12/11/17 | K | C | |
| 114. -Pepsico Incorporated | A | Int./Div. | | | Sold (part) | 04/21/17 | J | A | |
| 115. -Pepsico Incorporated | | | | | Sold | 12/11/17 | J | A | |
| 116. -Proctor & Gamble Co (PG) | A | Int./Div. | K | T | Sold (part) | 04/21/17 | J | A | |
| 117. -Proctor & Gamble Co (PG) | | | | | Buy (add'l) | 12/11/17 | J | | |
| 118. -Qualcomm Inc | A | Int./Div. | | | Buy (add'l) | 04/21/17 | J | | |
| 119. -Qualcomm Inc | | | | | Sold | 12/11/17 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Royal Dutch Shell PLC ADR B (RDSB) | A | Int./Div. | K | T | Buy (add'l) | 04/21/17 | J | | |
| 121. -RPM International Inc | A | Int./Div. | | | Sold | 11/01/17 | J | | |
| 122. -Sector Spdr Tr Shs Ben Int Utilities (XLU) (Formerly, see Part VIII) | A | Int./Div. | | | Sold (part) | 04/21/17 | J | A | |
| 123. -Sector Spdr Tr Shs Ben Int Utilities (XLU) (Formerly, see Part VIII) | | | | | Sold | 12/11/17 | K | A | |
| 124. -Select Sector Spdr Tr Shs Ben Int Materials (XLB) (Frmrly, Part VIII) | A | Int./Div. | | | Sold (part) | 04/21/17 | J | A | |
| 125. -Select Sector Spdr Tr Shs Ben Int Materials (XLB) (Frmrly, Part VIII) | | | | | Sold | 12/11/17 | J | B | |
| 126. -Spdr Ser Tr S&P Biotech ETF (XBI) (Formerly Spdr S&P Biotech ETF) | A | Int./Div. | K | T | | | | | |
| 127. -Stryker Corp (SYK) | A | Int./Div. | J | T | Sold (part) | 04/21/17 | J | B | |
| 128. -Sysco Corporation | A | Int./Div. | | | Sold (part) | 04/21/17 | J | A | |
| 129. -Sysco Corporation | | | | | Sold | 12/11/17 | J | B | |
| 130. -Teva Pharmaceutical ADR Inds Ltd | A | Int./Div. | | | Sold | 02/01/17 | J | | |
| 131. -Thomson Reuters Corp | A | Int./Div. | | | Buy (add'l) | 04/21/17 | J | | |
| 132. -Thomson Reuters Corp | | | | | Sold | 11/01/17 | J | B | |
| 133. -US Bancorp New (USB) | A | Int./Div. | K | T | Sold (part) | 04/21/17 | J | A | |
| 134. -VF Corporation | A | Int./Div. | | | Buy (add'l) | 04/21/17 | J | | |
| 135. -VF Corporation | | | | | Sold | 11/01/17 | K | C | |
| 136. -Vanguard FTSE Developed Markets ETF | A | Int./Div. | | | Buy (add'l) | 04/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard FTSE Developed Markets ETF | | | | | Sold | 12/11/17 | K | B | |
| 138. -Vanguard Sector Indx Fds VG Info Technology Vipers (VGT) (See VIII) | A | Int./Div. | K | T | Sold (part) | 04/21/17 | J | A | |
| 139. -Vanguard Sector Indx Fds VG Info Technology Vipers (VGT) (See VIII) | | | | | Sold (part) | 12/11/17 | J | B | |
| 140. -Vanguard Index Fds Vanguard REIT ETF (VNQ) (Frmly Vanguard REIT ETF) | A | Int./Div. | | | Buy (add'l) | 04/21/17 | J | | |
| 141. -Vanguard Index Fds Vanguard REIT ETF (VNQ) (Frmly Vanguard REIT ETF) | | | | | Sold | 12/11/17 | K | A | |
| 142. -Vanguard Index Fds Vanguard Total Stk Mkt ETF (VTI) (See Part VIII) | A | Int./Div. | | | Sold | 04/21/17 | K | C | |
| 143. -Verizon Communications Com | A | Int./Div. | | | Sold | 12/11/17 | J | B | |
| 144. -Wal-Mart Stores Inc (WMT) | A | Int./Div. | K | T | Sold (part) | 04/21/17 | J | A | |
| 145. -Abbvie Inc Com (ABBV) | A | Int./Div. | K | T | Buy | 02/01/17 | J | | |
| 146. -Abbvie Inc Com (ABBV) | | | | | Buy (add'l) | 04/21/17 | J | | |
| 147. -Abbvie Inc Com (ABBV) | | | | | Sold (part) | 12/11/17 | J | B | |
| 148. -Alibaba Group Hldg Ltd Sponsored ADS (BABA) | A | Int./Div. | K | T | Buy | 12/11/17 | K | | |
| 149. -Amazon.com Inc (AMZN) | A | Int./Div. | K | T | Buy | 12/11/17 | K | | |
| 150. -Claymore ETF Trust Guggenheim Bltshrs 2022 High Yld Cp Bd (BSJM) | B | Int./Div. | K | T | Buy | 04/10/17 | K | | |
| 151. -Claymore ETF Trust Guggenheim Bltshrs 2022 High Yld Cp Bd (BSJM) | | | | | Buy (add'l) | 04/21/17 | J | | |
| 152. -Fidelity MSCI Energy Index ETF (FENY) | A | Int./Div. | K | T | Buy | 12/11/17 | K | | |
| 153. -Fidelity MSCI Indl Index ETF (FIDU) | A | Int./Div. | K | T | Buy | 12/11/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Global X Funds Global X MLP ETF (MLPA) | A | Int./Div. | K | T | Buy | 12/11/17 | K | | |
| 155. -IShares Core S&P 500 ETF (IVV) | A | Int./Div. | L | T | Buy | 12/11/17 | L | | |
| 156. -IShares Core S&P Total US Stock Market ETF (ITOT) | A | Int./Div. | K | T | Buy | 04/21/17 | K | | |
| 157. -IShares Core S&P Total US Stock Market ETF (ITOT) | | | | | Buy (add'l) | 12/11/17 | J | | |
| 158. -IShares IBonds Dec 2017 Term Corporate ETF (IBDJ) | A | Int./Div. | | | Buy | 01/12/17 | L | | |
| 159. -IShares IBonds Dec 2017 Term Corporate ETF (IBDJ) | | | | | Sold | 04/10/17 | L | | |
| 160. -IShares IBonds Dec 2018 Term Corporate ETF (IBDH) | A | Int./Div. | L | T | Buy | 01/12/17 | L | | |
| 161. -IShares IBonds Dec 2018 Term Corporate ETF (IBDH) | | | | | Buy (add'l) | 04/10/17 | K | | |
| 162. -IShares IBonds Dec 2018 Term Corporate ETF (IBDH) | | | | | Buy (add'l) | 04/21/17 | J | | |
| 163. -IShares IBonds Dec 2018 Term Corporate ETF (IBDH) | | | | | Buy (add'l) | 12/11/17 | J | | |
| 164. -IShares IBonds Dec 2019 Term Corporate ETF (IBDK) | B | Int./Div. | L | T | Buy | 01/12/17 | L | | |
| 165. -IShares IBonds Dec 2019 Term Corporate ETF (IBDK) | | | | | Buy (add'l) | 04/10/17 | K | | |
| 166. -IShares IBonds Dec 2019 Term Corporate ETF (IBDK) | | | | | Buy (add'l) | 04/21/17 | J | | |
| 167. -IShares IBonds Dec 2019 Term Corporate ETF (IBDK) | | | | | Buy (add'l) | 12/11/17 | J | | |
| 168. -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | B | Int./Div. | L | T | Buy | 01/12/17 | L | | |
| 169. -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | | | | | Buy (add'l) | 04/10/17 | K | | |
| 170. -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | | | | | Buy (add'l) | 04/21/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | | | | | Buy (add'l) | 12/11/17 | J | | |
| 172. -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | B | Int./Div. | L | T | Buy | 01/12/17 | L | | |
| 173. -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | | | | | Buy (add'l) | 04/10/17 | K | | |
| 174. -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | | | | | Buy (add'l) | 04/21/17 | J | | |
| 175. -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | | | | | Buy (add'l) | 12/11/17 | J | | |
| 176. -Select Sector Spdr Tr Rl Est Sel Sec (XLRE) | A | Int./Div. | K | T | Buy | 12/11/17 | K | | |
| 177. -Spdr Ser Tr S&P Regl Bkg ETF (KRE) | A | Int./Div. | K | T | Buy | 12/11/17 | K | | |
| 178. Retirement Savings Plan #2(H) | | | | | | | | | |
| 179. -Dodge & Cox Balanced (H) | E | Int./Div. | O | T | | | | | |
| 180. -Fid Freedom K Income | D | Int./Div. | M | T | | | | | |
| 181. American Funds 529 Plan One (H) | | | | | | | | | |
| 182. -American Funds Money Market Fund-529A | A | Dividend | J | T | | | | | |
| 183. -AMCAP Fund-529A | A | Dividend | J | T | | | | | |
| 184. -American Balanced Fund-529A | A | Dividend | J | T | | | | | |
| 185. -American High-Income Trust-529A | A | Dividend | J | T | | | | | |
| 186. -American Mutual Fund-529A | A | Dividend | K | T | | | | | |
| 187. -Bond Fund of America-529A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Capital World Bond Fund-529A | A | Dividend | J | T | | | | | |
| 189. -EuroPacific Growth Fund-529A | A | Dividend | J | T | | | | | |
| 190. -Income Fund of America-529A | A | Dividend | J | T | | | | | |
| 191. -New World Fund-529A | A | Dividend | J | T | | | | | |
| 192. -SMALLCAP World Fund-529A | A | Dividend | J | T | | | | | |
| 193. American Funds 529 Plan Two (H) | | | | | | | | | |
| 194. -American Funds Money Market Fund-529A | A | Dividend | J | T | | | | | |
| 195. -AMCAP Fund-529A | A | Dividend | K | T | | | | | |
| 196. -American Balanced Fund-529A | A | Dividend | K | T | | | | | |
| 197. -American High-Income Trust-529A | A | Dividend | J | T | | | | | |
| 198. -American Mutual Fund-529A | A | Dividend | K | T | | | | | |
| 199. -Bond Fund of America-529A | A | Dividend | J | T | | | | | |
| 200. -Capital World Bond Fund-529A | A | Dividend | J | T | | | | | |
| 201. -EuroPacific Growth Fund-529A | A | Dividend | K | T | | | | | |
| 202. -Income Fund of America-529A | A | Dividend | K | T | | | | | |
| 203. -New World Fund-529A | A | Dividend | J | T | | | | | |
| 204. -SMALLCAP World Fund-529A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. American Funds 529 Plan Three (H) | | | | | | | | | |
| 206. -American Funds Money Market Fund-529A | A | Dividend | J | T | | | | | |
| 207. -AMCAP Fund-529A | A | Dividend | J | T | | | | | |
| 208. -American Balanced Fund-529A | A | Dividend | K | T | | | | | |
| 209. -American High-Income Trust-529A | A | Dividend | J | T | | | | | |
| 210. -American Mutual Fund-529A | A | Dividend | K | T | | | | | |
| 211. -Bond Fund of America-529A | A | Dividend | K | T | | | | | |
| 212. -Capital World Bond Fund-529A | A | Dividend | J | T | | | | | |
| 213. -EuroPacific Growth Fund-529A | A | Dividend | | | Sold | 01/11/17 | K | | |
| 214. -Global Balanced Fund-529A | A | Dividend | K | T | Buy | 01/11/17 | K | | |
| 215. -Income Fund of America-529A | A | Dividend | K | T | | | | | |
| 216. -New World Fund-529A | A | Dividend | J | T | | | | | |
| 217. -SMALLCAP World Fund-529A | A | Dividend | J | T | | | | | |
| 218. American Funds 529 Plan Four (H) | | | | | | | | | |
| 219. -American Funds Money Market Fund-529A | A | Dividend | J | T | | | | | |
| 220. -AMCAP Fund-529A | A | Dividend | J | T | | | | | |
| 221. -American Balanced Fund-529A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -American High-Income Trust-529A | A | Dividend | J | T | | | | | |
| 223. -American Mutual Fund-529A | A | Dividend | J | T | | | | | |
| 224. -Bond Fund of America-529A | A | Dividend | J | T | | | | | |
| 225. -Capital World Bond Fund-529A | A | Dividend | J | T | | | | | |
| 226. -EuroPacific Growth Fund-529A | A | Dividend | J | T | | | | | |
| 227. -Income Fund of America-529A | A | Dividend | J | T | | | | | |
| 228. -New World Fund-529A | A | Dividend | J | T | | | | | |
| 229. -SMALLCAP World Fund-529A | A | Dividend | J | T | | | | | |
| 230. Trust #6 - Checking (PNC Bank) | A | Int./Div. | K | T | | | | | |
| 231. Trust #3 - Checking (PNC Bank) | A | Int./Div. | J | T | | | | | |
| 232. Checking (Bank of America) | A | Int./Div. | K | T | | | | | |
| 233. IRA #2 (Brokerage 1) (H) | | | | | | | | | |
| 234. -Smith A O Corp (AOS) (Formerly A O Smith) | A | Int./Div. | J | T | Sold (part) | 03/27/17 | J | A | |
| 235. -Abbott Laboratories (ABT) | A | Int./Div. | J | T | Sold (part) | 03/27/17 | J | A | |
| 236. -Apple Inc (AAPL) | A | Int./Div. | J | T | Sold (part) | 03/27/17 | J | B | |
| 237. -AT&T Inc (T) | A | Int./Div. | J | T | Sold (part) | 03/27/17 | J | A | |
| 238. -AT&T Inc (T) | | | | | Buy (add'l) | 12/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Blackrock Inc (BLK) | A | Int./Div. | J | T | | | | | |
| 240. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | B | Int./Div. | | | Sold | 01/12/17 | M | | |
| 241. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | B | Int./Div. | | | Sold (part) | 03/27/17 | J | | |
| 242. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | | | | | Sold | 04/10/17 | L | | |
| 243. -Claymore ETF Tr Guggenheim Bltshrs 2018 High Yd Cp Bd (BSJI)(SeeVIII) | B | Int./Div. | L | T | Sold (part) | 03/27/17 | J | A | |
| 244. -Claymore ETF Tr Guggenheim Bltshrs 2021 High Yd Cp Bd (BSJL)(SeeVIII) | C | Int./Div. | L | T | Sold (part) | 03/27/17 | J | A | |
| 245. -Comerica Inc | A | Int./Div. | | | Sold (part) | 04/10/17 | J | A | |
| 246. -Comerica Inc | | | | | Sold | 12/11/17 | J | D | |
| 247. -Costco Wholesale Corp (COST) (Formerly Costco Whsl Corp New Com) | A | Int./Div. | | | Sold (part) | 03/27/17 | J | A | |
| 248. -Costco Wholesale Corp (COST) (Formerly Costco Whsl Corp New Com) | | | | | Sold | 12/11/17 | J | C | |
| 249. -Dover Corp (DOV) (Formerly Dover Corp Common) | A | Int./Div. | J | T | Sold (part) | 03/27/17 | J | A | |
| 250. -Select Sector Spdr Tr Energy (XLE)(fka Energy Select Sector Spdr ETF) | A | Int./Div. | | | Buy (add'l) | 03/27/17 | J | | |
| 251. -Select Sector Spdr Tr Energy (XLE)(fka Energy Select Sector Spdr ETF) | | | | | Sold | 12/11/17 | J | | |
| 252. -Exxon Mobil Corp | A | Int./Div. | | | Buy (add'l) | 03/27/17 | J | | |
| 253. -Exxon Mobil Corp | | | | | Sold | 12/11/17 | J | | |
| 254. -General Electric Company | A | Int./Div. | | | Sold | 12/11/17 | J | | |
| 255. -Genuine Parts Co (GPC) (Formerly Genuine Parts Co Com) | A | Int./Div. | | | Sold | 12/11/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -Guggenheim Bulletshares 2020 Corp Bond ETF | B | Int./Div. | | | Sold | 01/12/17 | M | | |
| 257. -Guggenheim Bulletshares 2019 Corp Bond ETF | B | Int./Div. | | | Sold | 01/12/17 | M | A | |
| 258. -Guggenheim Bulletshares 2021 Corp Bond ETF | C | Int./Div. | | | Sold | 01/12/17 | M | A | |
| 259. -Guggenheim Bulletshares 2018 Corp Bond ETF | B | Int./Div. | | | Sold | 01/12/17 | M | B | |
| 260. -Claymore ETF Tr Guggenheim Bltshrs 2019 High Yd Cp Bd (BSJJ)(SeeVIII) | C | Int./Div. | L | T | Sold (part) | 03/27/17 | J | A | |
| 261. -Claymore ETF Tr Guggenheim Bltshrs 2020 High Yd Cp Bd (BSJK)(SeeVIII) | C | Int./Div. | L | T | Sold (part) | 03/27/17 | J | A | |
| 262. -Honeywell International Inc (HON) | A | Int./Div. | J | T | Sold (part) | 03/27/17 | J | A | |
| 263. -Intel Corp (INTC) | A | Int./Div. | J | T | Sold (part) | 03/27/17 | J | A | |
| 264. -IShares Tr EAFE Grwth ETF (EFG) (Frmrly IShares MSCI EAFE Growth ETF) | A | Int./Div. | | | Sold (part) | 03/27/17 | J | A | |
| 265. -IShares Tr EAFE Grwth ETF (EFG) (Frmrly IShares MSCI EAFE Growth ETF) | | | | | Sold | 12/11/17 | K | C | |
| 266. -IShares Russell Midcap Growth ETF | A | Int./Div. | | | Sold (part) | 03/27/17 | J | A | |
| 267. -IShares Russell Midcap Growth ETF | | | | | Sold | 12/11/17 | K | D | |
| 268. -IShares Tr Core MSCI Total (IXUS) (For former name, see Part VIII) | B | Int./Div. | L | T | Sold (part) | 03/27/17 | J | A | |
| 269. -IShares Tr Core MSCI Total (IXUS) (For former name, see Part VIII) | | | | | Buy (add'l) | 12/11/17 | L | | |
| 270. -IShares Core S&P Midcap ETF (IJH) | A | Int./Div. | K | T | Sold (part) | 03/27/17 | J | A | |
| 271. -IShares Core S&P Midcap ETF (IJH) | | | | | Sold (part) | 04/21/17 | J | A | |
| 272. -IShares Core S&P Midcap ETF (IJH) | | | | | Buy (add'l) | 12/11/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -IShares Ibonds Dec 2022 Term Corporate ETF (IBDN) | C | Int./Div. | M | T | Sold (part) | 03/27/17 | J | A | |
| 274. -IShares Ibonds Dec 2022 Term Corporate ETF (IBDN) | | | | | Buy (add'l) | 04/10/17 | K | | |
| 275. -IShares Ibonds Dec 2022 Term Corporate ETF (IBDN) | | | | | Sold (part) | 04/21/17 | J | A | |
| 276. -IShares Ibonds Dec 2022 Term Corporate ETF (IBDN) | | | | | Buy (add'l) | 12/11/17 | J | | |
| 277. -IShares Ibonds Dec 2023 Term Corporate ETF | C | Int./Div. | | | Sold (part) | 03/27/17 | J | A | |
| 278. -IShares Ibonds Dec 2023 Term Corporate ETF | | | | | Sold | 04/10/17 | M | A | |
| 279. -IShares Tr JP Mor Em Mk ETF (EMB) (For former name, see Part VIII) | C | Int./Div. | L | T | Sold (part) | 03/27/17 | J | A | |
| 280. -IShares Tr JP Mor Em Mk ETF (EMB) (For former name, see Part VIII) | | | | | Buy (add'l) | 12/11/17 | J | | |
| 281. -IShares Russell Mid-Cap Value ETF | A | Int./Div. | | | Sold (part) | 03/27/17 | J | A | |
| 282. -IShares Russell Mid-Cap Value ETF | | | | | Sold | 12/11/17 | K | D | |
| 283. -IShares Select Dividend ETF | A | Int./Div. | | | Sold (part) | 03/27/17 | J | A | |
| 284. -IShares Select Dividend ETF | | | | | Sold | 12/11/17 | K | D | |
| 285. -Johnson & Johnson (JNJ) | A | Int./Div. | J | T | Sold (part) | 03/27/17 | J | A | |
| 286. -JPMorgan Chase & Co (JPM) | A | Int./Div. | J | T | Sold (part) | 03/27/17 | J | A | |
| 287. -Microsoft Corp (MSFT) | A | Int./Div. | J | T | Sold (part) | 03/27/17 | J | A | |
| 288. -Nextera Energy Inc (NEE) | A | Int./Div. | J | T | Sold (part) | 03/27/17 | J | A | |
| 289. -Norfolk Southern Corp | A | Int./Div. | | | Sold (part) | 03/27/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Norfolk Southern Corp | | | | | Sold (part) | 04/21/17 | J | A | |
| 291. -Norfolk Southern Corp | | | | | Sold | 12/11/17 | J | D | |
| 292. -Pepsico Incorporated | A | Int./Div. | | | Sold (part) | 03/27/17 | J | A | |
| 293. -Pepsico Incorporated | | | | | Sold | 12/11/17 | J | C | |
| 294. -Proctor & Gamble Co (PG) | A | Int./Div. | J | T | Sold (part) | 03/27/17 | J | A | |
| 295. -Qualcomm Inc | A | Int./Div. | | | Buy (add'l) | 03/27/17 | J | | |
| 296. -Qualcomm Inc | | | | | Buy (add'l) | 04/21/17 | J | | |
| 297. -Qualcomm Inc | | | | | Sold | 12/11/17 | J | A | |
| 298. -Royal Dutch Shell PLC ADR B (RDSB) | A | Int./Div. | J | T | | | | | |
| 299. -RPM International Inc | A | Int./Div. | | | Sold | 11/01/17 | J | C | |
| 300. -Sector Spdr Tr Shs Ben Int Utilities (XLU) (Formerly, see Part VIII) | A | Int./Div. | | | Sold (part) | 03/27/17 | J | A | |
| 301. -Sector Spdr Tr Shs Ben Int Utilities (XLU) (Formerly, see Part VIII) | | | | | Sold | 12/11/17 | J | C | |
| 302. -Select Sector Spdr Tr Shs Ben Int Materials (XLB) (Frmrly, Part VIII) | A | Int./Div. | | | Sold | 12/11/17 | J | C | |
| 303. -Spdr Ser Tr S&P Biotech ETF (XBI) (Formerly Spdr S&P Biotech ETF) | A | Int./Div. | J | T | Sold (part) | 03/27/17 | J | A | |
| 304. -Stryker Corp (SYK) | A | Int./Div. | J | T | Sold (part) | 03/27/17 | J | A | |
| 305. -Sysco Corporation | A | Int./Div. | | | Sold | 12/11/17 | J | C | |
| 306. -Teva Pharmaceutical ADR Inds Ltd | A | Int./Div. | | | Sold | 02/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Thomson Reuters Corp | A | Int./Div. | | | Sold (part) | 03/27/17 | J | A | |
| 308. -Thomson Reuters Corp | | | | | Sold | 11/01/17 | J | B | |
| 309. -US Bancorp New (USB) | A | Int./Div. | J | T | Sold (part) | 03/27/17 | J | A | |
| 310. -VF Corporation | A | Int./Div. | | | Sold | 11/01/17 | J | | |
| 311. -Vanguard FTSE Developed Markets ETF | A | Int./Div. | | | Sold (part) | 03/27/17 | J | A | |
| 312. -Vanguard FTSE Developed Markets ETF | | | | | Sold | 12/11/17 | K | B | |
| 313. -Vanguard Sector Indx Fds VG Info Technology Vipers (VGT) (See VIII) | A | Int./Div. | K | T | Sold (part) | 03/27/17 | J | A | |
| 314. -Vanguard Sector Indx Fds VG Info Technology Vipers (VGT) (See VIII) | | | | | Sold (part) | 12/11/17 | J | C | |
| 315. -Vanguard Index Fds Vanguard REIT ETF (VNQ) (Frmly Vanguard REIT ETF) | A | Int./Div. | | | Sold (part) | 03/27/17 | J | A | |
| 316. -Vanguard Index Fds Vanguard REIT ETF (VNQ) (Frmly Vanguard REIT ETF) | | | | | Sold (part) | 04/21/17 | J | A | |
| 317. -Vanguard Index Fds Vanguard REIT ETF (VNQ) (Frmly Vanguard REIT ETF) | | | | | Sold | 12/11/17 | J | A | |
| 318. -Vanguard Index Fds Vanguard Total Stk Mkt ETF (VTI) (See Part VIII) | A | Int./Div. | | | Sold (part) | 03/27/17 | J | A | |
| 319. -Vanguard Index Fds Vanguard Total Stk Mkt ETF (VTI) (See Part VIII) | | | | | Sold | 04/21/17 | K | C | |
| 320. -Verizon Communications Com | A | Int./Div. | | | Sold | 12/11/17 | J | A | |
| 321. -Wal-Mart Stores Inc (WMT) | A | Int./Div. | J | T | Sold (part) | 04/21/17 | J | A | |
| 322. -Abbvie Inc Com (ABBV) | A | Int./Div. | K | T | Buy | 02/01/17 | J | | |
| 323. -Alibaba Group Hldg Ltd Sponsored ADS (BABA) | A | Int./Div. | J | T | Buy | 12/11/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 24 of 38

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

05/11/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Amazon.com Inc (AMZN) | A | Int./Div. | J | T | Buy | 12/11/17 | J | | |
| 325. -Claymore ETF Trust Guggenheim Bltshrs 2022 High Yld Cp Bd (BSJM) | B | Int./Div. | L | T | Buy | 04/10/17 | L | | |
| 326. -Fidelity MSCI Energy Index ETF (FENY) | A | Int./Div. | J | T | Buy | 12/11/17 | J | | |
| 327. -Fidelity MSCI Indl Index ETF (FIDU) | A | Int./Div. | J | T | Buy | 12/11/17 | J | | |
| 328. -Global X Funds Global X MLPO ETF (MLPA) | A | Int./Div. | J | T | Buy | 12/11/17 | J | | |
| 329. -IShares Core S&P 500 ETF (IVV) | A | Int./Div. | L | T | Buy | 12/11/17 | L | | |
| 330. -IShares Core S&P Total US Stock Market ETF (ITOT) | A | Int./Div. | K | T | Buy | 04/21/17 | K | | |
| 331. -IShares Core S&P Total US Stock Market ETF (ITOT) | | | | | Buy (add'l) | 12/11/17 | J | | |
| 332. -IShares IBonds Dec 2017 Term Corporate ETF (IBDJ) | A | Int./Div. | | | Buy | 01/12/17 | M | | |
| 333. -IShares IBonds Dec 2017 Term Corporate ETF (IBDJ) | | | | | Sold (part) | 03/27/17 | J | | |
| 334. -IShares IBonds Dec 2017 Term Corporate ETF (IBDJ) | | | | | Sold | 04/10/17 | M | | |
| 335. -IShares IBonds Dec 2018 Term Corporate ETF (IBDH) | B | Int./Div. | M | T | Buy | 01/12/17 | M | | |
| 336. -IShares IBonds Dec 2018 Term Corporate ETF (IBDH) | | | | | Sold (part) | 03/27/17 | J | A | |
| 337. -IShares IBonds Dec 2018 Term Corporate ETF (IBDH) | | | | | Buy (add'l) | 04/10/17 | K | | |
| 338. -IShares IBonds Dec 2018 Term Corporate ETF (IBDH) | | | | | Buy (add'l) | 12/11/17 | J | | |
| 339. -IShares IBonds Dec 2019 Term Corporate ETF (IBDK) | B | Int./Div. | M | T | Buy | 01/12/17 | M | | |
| 340. -IShares IBonds Dec 2019 Term Corporate ETF (IBDK) | | | | | Sold (part) | 03/27/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -IShares IBonds Dec 2019 Term Corporate ETF (IBDK) | | | | | Buy (add'l) | 04/10/17 | K | | |
| 342. -IShares IBonds Dec 2019 Term Corporate ETF (IBDK) | | | | | Buy (add'l) | 12/11/17 | J | | |
| 343. -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | B | Int./Div. | M | T | Buy | 01/12/17 | M | | |
| 344. -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | | | | | Sold (part) | 03/27/17 | J | A | |
| 345. -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | | | | | Buy (add'l) | 04/10/17 | K | | |
| 346. -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | | | | | Buy (add'l) | 12/11/17 | J | | |
| 347. -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | B | Int./Div. | M | T | Buy | 01/12/17 | M | | |
| 348. -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | | | | | Sold (part) | 03/27/17 | J | | |
| 349. -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | | | | | Buy (add'l) | 04/10/17 | K | | |
| 350. -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | | | | | Sold (part) | 04/21/17 | J | A | |
| 351. -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | | | | | Buy (add'l) | 12/11/17 | J | | |
| 352. -Select Sector Spdr Tr Rl Est Sel Sec (XLRE) | A | Int./Div. | J | T | Buy | 12/11/17 | J | | |
| 353. -Spdr Ser Tr S&P Regl Bkg ETF (KRE) | A | Int./Div. | J | T | Buy | 12/11/17 | J | | |
| 354. Trust #2 (Brokerage 1) (H) | | | | | | | | | |
| 355. -Smith A O Corp (AOS) (Formerly A O Smith) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 356. -Abbott Laboratories (ABT) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 357. -Apple Inc (AAPL) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358.  -AT&T Inc (T) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 359.  -Blackrock Inc (BLK) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 360.  -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | C | Int./Div. | | | Buy (add'l) | 03/06/17 | J | | |
| 361.  -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | | | | | Sold | 04/10/17 | L | | |
| 362.  -Claymore ETF Tr Guggenheim Bltshrs 2018 High Yd Cp Bd (BSJI)(SeeVIII) | B | Int./Div. | L | T | Buy (add'l) | 03/06/17 | J | | |
| 363.  -Claymore ETF Tr Guggenheim Bltshrs 2021 High Yd Cp Bd (BSJL)(SeeVIII) | C | Int./Div. | L | T | Buy (add'l) | 03/06/17 | J | | |
| 364.  -Comerica Inc (CMA) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 365.  -Costco Wholesale Corp (COST) (Formerly Costco Whsl Corp New Com) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 366.  -Dover Corp (DOV) (Formerly Dover Corp Common) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 367.  -Select Sector Spdr Tr Energy (XLE)(fka Energy Select Sector Spdr ETF) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 368.  -Exxon Mobil Corp (XOM) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 369.  -General Electric Company (GE) | A | Int./Div. | J | T | Buy (add'l) | 03/06/17 | J | | |
| 370.  -Genuine Parts Co (GPC) (Formerly Genuine Parts Co Com) | A | Int./Div. | J | T | Buy (add'l) | 03/06/17 | J | | |
| 371.  -Claymore ETF Tr Guggenheim Bltshrs 2019 High Yd Cp Bd (BSJJ)(SeeVIII) | B | Int./Div. | L | T | Buy (add'l) | 03/06/17 | J | | |
| 372.  -Claymore ETF Tr Guggenheim Bltshrs 2020 High Yd Cp Bd (BSJK)(SeeVIII) | C | Int./Div. | L | T | Buy (add'l) | 03/06/17 | J | | |
| 373.  -Honeywell International Inc (HON) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 374.  -Intel Corp (INTC) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. -IShares Tr EAFE Grwth ETF (EFG) (Frmrly IShares MSCI EAFE Growth ETF) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 376. -IShares Russell Midcap Growth ETF (IWP) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 377. -IShares Tr Core MSCI Total (IXUS) (For former name, see Part VIII) | B | Int./Div. | M | T | Buy (add'l) | 03/06/17 | J | | |
| 378. -IShares Ibonds Dec 2021 Term Muni Bond ETF (IBMJ) | B | Int./Div. | M | T | Buy (add'l) | 03/06/17 | J | | |
| 379. -IShares Ibonds Dec 2021 Term Muni Bond ETF (IBMJ) | | | | | Buy (add'l) | 04/10/17 | L | | |
| 380. -IShares Ibonds Dec 2022 Term Muni Bond ETF (IBMK) | B | Int./Div. | M | T | Buy (add'l) | 03/06/17 | J | | |
| 381. -IShares Ibonds Dec 2022 Term Muni Bond ETF (IBMK) | | | | | Buy (add'l) | 04/10/17 | L | | |
| 382. -IShares Ibonds Sep 2017 Term Muni Bd ETF | B | Int./Div. | | | Buy (add'l) | 03/06/17 | J | | |
| 383. -IShares Ibonds Sep 2017 Term Muni Bd ETF | | | | | Sold | 04/10/17 | M | | |
| 384. -IShares Ibonds Sep 2019 Term Muni Bond ETF (IBMH) | B | Int./Div. | M | T | Buy (add'l) | 03/06/17 | J | | |
| 385. -IShares Ibonds Sep 2019 Term Muni Bond ETF (IBMH) | | | | | Buy (add'l) | 04/10/17 | L | | |
| 386. -IShares Ibonds Sep 2018 Term Muni Bond ETF (IBMG) | B | Int./Div. | M | T | Buy (add'l) | 03/06/17 | J | | |
| 387. -IShares Ibonds Sep 2018 Term Muni Bond ETF (IBMG) | | | | | Buy (add'l) | 04/10/17 | L | | |
| 388. -IShares Tr JP Mor Em Mk ETF (EMB) (For former name, see Part VIII) | B | Int./Div. | L | T | Buy (add'l) | 03/06/17 | J | | |
| 389. -IShares Russell Mid-Cap Value ETF (IWS) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 390. -IShares Select Dividend ETF (DVY) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 391. -IShares Ibonds Sep 2020 Term Muni bond ETF (IBMI) | B | Int./Div. | M | T | Buy (add'l) | 03/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. –IShares Ibonds Sep 2020 Term Muni bond ETF (IBMI) | | | | | Buy (add'l) | 04/10/17 | L | | |
| 393. –Johnson & Johnson (JNJ) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 394. –JPMorgan Chase & Co (JPM) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 395. –Microsoft Corp (MSFT) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 396. –Nextera Energy Inc (NEE) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 397. –Norfolk Southern Corp (NSC) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 398. –Pepsico Incorporated (PEP) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 399. –Procter & Gamble Co (PG) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 400. –Qualcomm Inc (QCOM) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 401. –Royal Dutch Shell PLC ADR B (RDSB) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 402. –RPM International Inc | A | Int./Div. | | | Buy (add'l) | 03/06/17 | J | | |
| 403. –RPM International Inc | | | | | Sold | 11/01/17 | K | C | |
| 404. –Sector Spdr Tr Shs Ben Int Utilities (XLU) (Formerly, see Part VIII) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 405. –Select Sector Spdr Tr Shs Ben Int Materials (XLB) (Frmrly, Part VIII) | A | Int./Div. | J | T | Buy (add'l) | 03/06/17 | J | | |
| 406. –Spdr Ser Tr S&P Biotech ETF (XBI) (Formerly Spdr S&P Biotech ETF) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 407. –Spdr S&P Midcap 400 Trust Series N ETF (MDY) | A | Int./Div. | L | T | | | | | |
| 408. –Stryker Corp (SYK) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -Sysco Corporation (SYY) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 410. -Teva Pharmaceutical ADR Inds Ltd | A | Int./Div. | | | Sold | 02/01/17 | J | | |
| 411. -Thomson Reuters Corp | A | Int./Div. | | | Buy (add'l) | 03/06/17 | J | | |
| 412. -Thomson Reuters Corp | | | | | Sold | 11/01/17 | K | C | |
| 413. -US Bancorp New (USB) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 414. -VF Corporation | A | Int./Div. | | | Buy (add'l) | 03/06/17 | J | | |
| 415. -VF Corporation | | | | | Sold | 11/01/17 | K | | |
| 416. -Vanguard FTSE Developed Markets ETF (VEA) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 417. -Vanguard Sector Indx Fds VG Info Technology Vipers (VGT) (See VIII) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 418. -Vanguard Index Fds Vanguard REIT ETF (VNQ) (Frmly Vanguard REIT ETF) | B | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 419. -Vanguard Index Fds Vanguard Total Stk Mkt ETF (VTI) (See Part VIII) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 420. -Verizon Communications Com (VZ) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 421. -Wal-Mart Stores Inc (WMT) | A | Int./Div. | K | T | Buy (add'l) | 03/06/17 | J | | |
| 422. -Vanguard Mun Bd Fd Inter Term Tax Exempt Fd | C | Interest | | | Buy (add'l) | 03/06/17 | J | | |
| 423. -Vanguard Mun Bd Fd Inter Term Tax Exempt Fd | | | | | Sold | 04/10/17 | M | | |
| 424. -Abbvie Inc Com (ABBV) | A | Int./Div. | K | T | Buy | 02/01/17 | J | | |
| 425. -Abbvie Inc Com (ABBV) | | | | | Buy (add'l) | 03/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 38

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

05/11/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -Claymore ETF Trust Guggenheim Bltshrs 2022 High Yld Cp Bd (BSJM) | C | Int./Div. | L | T | Buy | 04/10/17 | L | | |
| 427. -IShares Core S&P Mid-Cap ETF (IJH) | A | Int./Div. | J | T | Buy | 03/06/17 | J | | |
| 428. Trust #1-2 (Fidelity) (formerly Trust #1-2 (Wells Fargo Advisors)) | A | Interest | N | T | | | | | |
| 429. Trust #3 (Brokerage 1) (H) | | | | | | | | | |
| 430. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | A | Int./Div. | | | Sold | 01/10/17 | K | | |
| 431. -Claymore Guggenheim Bulletshares 2017 High Yield Corp Bond Fund ETF | A | Int./Div. | | | Sold (part) | 01/10/17 | J | | |
| 432. -Claymore Guggenheim Bulletshares 2017 High Yield Corp Bond Fund ETF | | | | | Sold (part) | 03/06/17 | J | | |
| 433. -Claymore Guggenheim Bulletshares 2017 High Yield Corp Bond Fund ETF | | | | | Sold | 04/10/17 | J | | |
| 434. -Claymore ETF Tr Guggenheim Bltshrs 2018 High Yd Cp Bd (BSJI)(SeeVIII) | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 435. -Claymore ETF Tr Guggenheim Bltshrs 2018 High Yd Cp Bd (BSJI)(SeeVIII) | | | | | Sold (part) | 03/06/17 | J | A | |
| 436. -Claymore ETF Tr Guggenheim Bltshrs 2018 High Yd Cp Bd (BSJI)(SeeVIII) | | | | | Sold | 09/15/17 | J | A | |
| 437. -Claymore ETF Tr Guggenheim Bltshrs 2021 High Yd Cp Bd (BSJL)(SeeVIII) | A | Int./Div. | J | T | Sold (part) | 01/10/17 | J | A | |
| 438. -Claymore ETF Tr Guggenheim Bltshrs 2021 High Yd Cp Bd (BSJL)(SeeVIII) | | | | | Sold (part) | 03/06/17 | J | A | |
| 439. -Select Sector Spdr Tr Energy (XLE)(fka Energy Select Sector Spdr ETF) | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 440. -Select Sector Spdr Tr Energy (XLE)(fka Energy Select Sector Spdr ETF) | | | | | Sold (part) | 03/06/17 | J | | |
| 441. -Select Sector Spdr Tr Energy (XLE)(fka Energy Select Sector Spdr ETF) | | | | | Sold | 07/06/17 | J | | |
| 442. -Guggenheim Bulletshares 2020 Corp Bond ETF | A | Int./Div. | | | Sold | 01/10/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 38

Name of Person Reporting

Majzoub, Mona K.

Date of Report

05/11/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -Guggenheim Bulletshares 2019 Corp Bond ETF | A | Int./Div. | | | Sold | 01/10/17 | K | A | |
| 444. -Guggenheim Bulletshares 2021 Corporate ETF | A | Int./Div. | | | Sold | 01/10/17 | K | A | |
| 445. -Guggenheim Bulletshares 2018 Corp Bond ETF | A | Int./Div. | | | Sold | 01/10/17 | K | A | |
| 446. -Claymore ETF Tr Guggenheim Bltshrs 2019 High Yd Cp Bd (BSJJ)(SeeVIII) | A | Int./Div. | J | T | Sold (part) | 01/10/17 | J | A | |
| 447. -Claymore ETF Tr Guggenheim Bltshrs 2019 High Yd Cp Bd (BSJJ)(SeeVIII) | | | | | Sold (part) | 03/06/17 | J | A | |
| 448. -Claymore ETF Tr Guggenheim Bltshrs 2020 High Yd Cp Bd (BSJK)(SeeVIII) | A | Int./Div. | J | T | Sold (part) | 01/10/17 | J | A | |
| 449. -Claymore ETF Tr Guggenheim Bltshrs 2020 High Yd Cp Bd (BSJK)(SeeVIII) | | | | | Sold (part) | 03/06/17 | J | A | |
| 450. -Industrial Select Sector Spdr ETF | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 451. -Industrial Select Sector Spdr ETF | | | | | Sold (part) | 03/06/17 | J | A | |
| 452. -Industrial Select Sector Spdr ETF | | | | | Sold | 07/06/17 | J | B | |
| 453. -IShares Tr EAFE Grwth ETF (EFG) (Frmrly IShares MSCI EAFE Growth ETF) | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 454. -IShares Tr EAFE Grwth ETF (EFG) (Frmrly IShares MSCI EAFE Growth ETF) | | | | | Sold (part) | 03/06/17 | J | A | |
| 455. -IShares Tr EAFE Grwth ETF (EFG) (Frmrly IShares MSCI EAFE Growth ETF) | | | | | Sold | 07/06/17 | J | A | |
| 456. -IShares Russell Midcap Growth ETF | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 457. -IShares Russell Midcap Growth ETF | | | | | Sold (part) | 03/06/17 | J | A | |
| 458. -IShares Russell Midcap Growth ETF | | | | | Sold | 07/06/17 | J | B | |
| 459. -IShares Tr Core MSCI Total (IXUS) (For former name, see Part VIII) | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 38

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

05/11/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. -IShares Tr Core MSCI Total (IXUS) (For former name, see Part VIII) | | | | | Sold (part) | 03/06/17 | J | A | |
| 461. -IShares Tr Core MSCI Total (IXUS) (For former name, see Part VIII) | | | | | Sold | 09/15/17 | J | B | |
| 462. -IShares Core S&P Midcap ETF | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 463. -IShares Core S&P Midcap ETF | | | | | Sold (part) | 03/06/17 | J | A | |
| 464. -IShares Core S&P Midcap ETF | | | | | Sold | 09/15/17 | J | A | |
| 465. -IShares IBonds Dec 2022 Term Corporate Bond ETF | A | Int./Div. | | | Sold (part) | 01/10/17 | J | | |
| 466. -IShares IBonds Dec 2022 Term Corporate Bond ETF | | | | | Sold (part) | 03/06/17 | J | | |
| 467. -IShares IBonds Dec 2022 Term Corporate Bond ETF | | | | | Buy (add'l) | 04/10/17 | J | | |
| 468. -IShares IBonds Dec 2022 Term Corporate Bond ETF | | | | | Sold | 09/15/17 | K | A | |
| 469. -IShares IBonds Dec 2023 Term Corporate Bond ETF | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 470. -IShares IBonds Dec 2023 Term Corporate Bond ETF | | | | | Sold (part) | 03/06/17 | J | A | |
| 471. -IShares IBonds Dec 2023 Term Corporate Bond ETF | | | | | Sold | 04/10/17 | K | A | |
| 472. -IShares Tr JP Mor Em Mk ETF (EMB) (For former name, see Part VIII) | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 473. -IShares Tr JP Mor Em Mk ETF (EMB) (For former name, see Part VIII) | | | | | Sold (part) | 03/06/17 | J | A | |
| 474. -IShares Tr JP Mor Em Mk ETF (EMB) (For former name, see Part VIII) | | | | | Sold | 09/15/17 | J | A | |
| 475. -IShares Russell Mid-Cap Value ETF | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 476. -IShares Russell Mid-Cap Value ETF | | | | | Sold (part) | 03/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  -IShares Russell Mid-Cap Value ETF | | | | | Sold | 07/06/17 | J | A | |
| 478.  -IShares Select Dividend ETF | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 479.  -IShares Select Dividend ETF | | | | | Sold (part) | 03/06/17 | J | A | |
| 480.  -IShares Select Dividend ETF | | | | | Sold | 09/15/17 | J | A | |
| 481.  -Sector Spdr Tr Technology Select Sector ETF | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 482.  -Sector Spdr Tr Technology Select Sector ETF | | | | | Sold (part) | 03/06/17 | J | A | |
| 483.  -Sector Spdr Tr Technology Select Sector ETF | | | | | Sold | 07/06/17 | J | C | |
| 484.  -Sector Spdr Tr Shs Ben Int Utilities (XLU) (Formerly, see Part VIII) | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 485.  -Sector Spdr Tr Shs Ben Int Utilities (XLU) (Formerly, see Part VIII) | | | | | Sold (part) | 03/06/17 | J | A | |
| 486.  -Sector Spdr Tr Shs Ben Int Utilities (XLU) (Formerly, see Part VIII) | | | | | Sold | 07/06/17 | J | A | |
| 487.  -Select Sector Spdr Tr Financial ETF | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 488.  -Select Sector Spdr Tr Financial ETF | | | | | Sold (part) | 03/06/17 | J | A | |
| 489.  -Select Sector Spdr Tr Financial ETF | | | | | Sold | 07/06/17 | J | B | |
| 490.  -Select Sector Spdr Tr Consumer Staples | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 491.  -Select Sector Spdr Tr Consumer Staples | | | | | Sold (part) | 03/06/17 | J | A | |
| 492.  -Select Sector Spdr Tr Consumer Staples | | | | | Sold | 07/06/17 | J | B | |
| 493.  -Select Sector Spdr Tr Shs Ben Int Materials (XLB) (Frmrly, Part VIII) | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 38

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

05/11/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -Select Sector Spdr Tr Shs Ben Int Materials (XLB) (Frmrly, Part VIII) | | | | | Sold (part) | 03/06/17 | J | A | |
| 495. -Select Sector Spdr Tr Shs Ben Int Materials (XLB) (Frmrly, Part VIII) | | | | | Sold | 07/06/17 | J | A | |
| 496. -Select Sector Spdr Fd Health Care | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 497. -Select Sector Spdr Fd Health Care | | | | | Sold (part) | 03/06/17 | J | A | |
| 498. -Select Sector Spdr Fd Health Care | | | | | Sold | 07/06/17 | J | C | |
| 499. -Select Sector Spdr Fd Consumer Discretionary | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 500. -Select Sector Spdr Fd Consumer Discretionary | | | | | Sold (part) | 03/06/17 | J | A | |
| 501. -Select Sector Spdr Fd Consumer Discretionary | | | | | Sold | 07/06/17 | J | B | |
| 502. -Spdr Ser Tr S&P Biotech ETF (XBI) (Formerly Spdr S&P Biotech ETF) | A | Int./Div. | | | Sold (part) | 01/10/17 | J | | |
| 503. -Spdr Ser Tr S&P Biotech ETF (XBI) (Formerly Spdr S&P Biotech ETF) | | | | | Sold (part) | 03/06/17 | J | | |
| 504. -Spdr Ser Tr S&P Biotech ETF (XBI) (Formerly Spdr S&P Biotech ETF) | | | | | Sold | 07/06/17 | J | | |
| 505. -Vanguard Telecommunications Services ETF | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 506. -Vanguard Telecommunications Services ETF | | | | | Sold (part) | 03/06/17 | J | A | |
| 507. -Vanguard Telecommunications Services ETF | | | | | Sold | 07/06/17 | J | A | |
| 508. -Vanguard FTSE Developed Markets ETF | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 509. -Vanguard FTSE Developed Markets ETF | | | | | Sold (part) | 03/06/17 | J | A | |
| 510. -Vanguard FTSE Developed Markets ETF | | | | | Sold | 07/06/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -Vanguard Industrials ETF | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 512. -Vanguard Industrials ETF | | | | | Sold (part) | 03/06/17 | J | A | |
| 513. -Vanguard Industrials ETF | | | | | Sold | 07/06/17 | J | A | |
| 514. -Vanguard Sector Indx Fds VG Info Technology Vipers (VGT) (See VIII) | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 515. -Vanguard Sector Indx Fds VG Info Technology Vipers (VGT) (See VIII) | | | | | Sold (part) | 03/06/17 | J | A | |
| 516. -Vanguard Sector Indx Fds VG Info Technology Vipers (VGT) (See VIII) | | | | | Sold | 07/06/17 | J | A | |
| 517. -Vanguard Index Fds Vanguard REIT ETF (VNQ) (Frmly Vanguard REIT ETF) | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 518. -Vanguard Index Fds Vanguard REIT ETF (VNQ) (Frmly Vanguard REIT ETF) | | | | | Sold (part) | 03/06/17 | J | A | |
| 519. -Vanguard Index Fds Vanguard REIT ETF (VNQ) (Frmly Vanguard REIT ETF) | | | | | Sold | 09/15/17 | J | A | |
| 520. -Vanguard Index Fds Vanguard Total Stk Mkt ETF (VTI) (See Part VIII) | A | Int./Div. | | | Sold (part) | 01/10/17 | J | A | |
| 521. -Vanguard Index Fds Vanguard Total Stk Mkt ETF (VTI) (See Part VIII) | | | | | Sold (part) | 03/06/17 | J | A | |
| 522. -Vanguard Index Fds Vanguard Total Stk Mkt ETF (VTI) (See Part VIII) | | | | | Sold | 09/15/17 | J | A | |
| 523. -Claymore ETF Trust Guggenheim Bltshrs 2022 High Yld Cp Bd (BSJM) | A | Int./Div. | J | T | Buy (add'l) | 04/10/17 | J | | |
| 524. -IShares IBonds Dec 2017 Term Corporate ETF (IBDJ) | A | Int./Div. | | | Buy | 01/10/17 | K | | |
| 525. -IShares IBonds Dec 2017 Term Corporate ETF (IBDJ) | | | | | Sold (part) | 03/06/17 | J | A | |
| 526. -IShares IBonds Dec 2017 Term Corporate ETF (IBDJ) | | | | | Sold | 04/10/17 | K | | |
| 527. -IShares IBonds Dec 2018 Term Corporate ETF (IBDH) | A | Int./Div. | K | T | Buy | 01/10/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -IShares IBonds Dec 2018 Term Corporate ETF (IBDH) | | | | | Sold (part) | 03/06/17 | J | A | |
| 529. -IShares IBonds Dec 2018 Term Corporate ETF (IBDH) | | | | | Buy (add'l) | 04/10/17 | J | | |
| 530. -IShares IBonds Dec 2019 Term Corporate ETF (IBDK) | A | Int./Div. | K | T | Buy | 01/10/17 | K | | |
| 531. -IShares IBonds Dec 2019 Term Corporate ETF (IBDK) | | | | | Sold (part) | 03/06/17 | J | A | |
| 532. -IShares IBonds Dec 2019 Term Corporate ETF (IBDK) | | | | | Buy (add'l) | 04/10/17 | J | | |
| 533. -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | A | Int./Div. | K | T | Buy | 01/10/17 | K | | |
| 534. -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | | | | | Sold (part) | 03/06/17 | J | A | |
| 535. -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | | | | | Buy (add'l) | 04/10/17 | J | | |
| 536. -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | A | Int./Div. | K | T | Buy | 01/10/17 | K | | |
| 537. -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | | | | | Sold (part) | 03/06/17 | J | | |
| 538. -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | | | | | Buy (add'l) | 04/10/17 | J | | |
| 539. Trust #6-1 - Checking (PNC Bank) (X) | A | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII:
Line 230 - Trust #6 - Checking (PNC Bank) - All cash.
Line 231 - Trust #3 - Checking (PNC Bank) - All cash.
Line 232 - Checking (Bank of America) - All cash.
Line 428 - Trust #1-2 - (Fidelity) - All cash.
Line 539 - Trust #6-1 - Checking (PNC Bank) - All cash.

Lines 13, 77, 78, 250, 251, 367, 439, 440 and 441 - "fka" is short for "formerly known as"

Also in Part VII:
Several assets changed names and often both names would not fit in column A. If they do both fit, they are both listed in Column A. When they did not both fit, the
 current names are listed in Column A followed by directions to go here (in parentheses) and the original names from the 2016 report are listed below:
Lines 8, 71, 243, 362, 434, 435 and 436 -Claymore Guggenheim Bulletshares 2018 High Yld Corp Bd ETF
Lines 9, 72, 244, 363, 437 and 438 -Claymore Guggenheim Bulletshares 2021 High Yield Corp Bd ETF
Lines 17, 87, 260, 371, 446 and 447 -Guggenheim Bulletshares 2019 High Yield Corp Bond ETF
Lines 18, 88, 261, 372, 448 and 449 -Guggenheim Bulletshares 2020 High Yield ETF
Lines 23, 94, 95, 268, 269, 377, 459, 460 and 461 -IShares Core MSCI Total Intl Stk ETF
Lines 29, 102, 103, 279, 280, 388, 472, 473 and 474 -IShares JP Morgan USD Emerging Markets Bond ETF
Lines 43, 122, 123, 300, 301, 404, 484, 485 and 486 -Select Sector Spdr Tr Utilities Select Sector
Lines 44, 124, 125, 302, 405, 493, 494 and 495 -Select Sector Spdr Fd Materials
Lines 54, 138, 139, 313, 314, 417, 514, 515 and 516 -Vanguard Information Technology ETF
Lines 56, 142, 318, 319, 419, 520, 521 and 522 -Vanguard Total Stock Market

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mona K. Majzoub**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544